# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 11CR1832-WQH |
| Plaintiff, | JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE THE BOND, AND PASSPORT BE RELEASED BY PRETRIAL IF HELD |
| vs. | |
| ADAM ISAIAH LOVATO, | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above entitled case be dismissed with prejudice, the bond be exonerated and the passport be released by U.S. Pretrial Services if held.

**IT IS SO ORDERED**.

DATED: 6/15/2012_____.

_Barbara L. Major_____
HONORABLE BARBARA L. MAJOR
United States Magistrate Judge